```
BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738
```

**FILED**

SEP 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 12-144 MCE |
|---|---|---|
| Plaintiff, | ) | **ORDER TO UNSEAL** |
| v. | ) | |
| TERRYLYN McCAIN | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment and the entire case file for this matter be unsealed.

DATED: 9/17/12

_____
United States Magistrate Judge

**Carolyn K. Delaney**
U.S. Magistrate Judge