```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  Case No. 2:12-cr-00144-MCE
                                   )
12          Plaintiff,             )
              v.                   )  **ORDER CONTINUING STATUS**
13                                 )  **CONFERENCE, SETTING COMPETENCY**
    TERRY LYN McCAIN,              )  **HEARING AND EXCLUDING TIME UNDER**
14                                 )  **THE SPEEDY TRIAL ACT**
            Defendant.             )
15                                 )
                                   )
16  ─────────────────────────────────
17       The Court, having considered the February 4, 2013, Request of
18  the United States, hereby finds and orders as follows:
19       1.   This matter is set for further status conference and a
20  hearing regarding defendant's competency on March 7, 2013; and
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

1

2. The time period between February 7, 2013, and March 7, 2013, inclusive, shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(A)[Local Code A - delay for a competency evaluation and proceeding], 3161(h)(1)(F)[Local Code 6 - delay for transportation for examination].

IT IS SO ORDERED.

DATED: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE