UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                Case No. 2:12-cr-00144-MCE

        Plaintiff,

    v.                                   **ORDER FOR RELEASE OF PERSON
                                         IN CUSTODY**

TERRYLYN MCCAIN,

        Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

    This is to authorize and direct you to release

TERRYLYN MCCAIN, Case No. 2:12-cr-00144-MCE, from custody for the

following reasons:

      __X__    Release on Personal Recognizance

      _____    Bail Posted in the Sum of $____

      _____    Unsecured Appearance Bond

      _____    Appearance Bond with 10% Deposit

      _____    Appearance Bond with Surety

      _____    Corporate Surety Bail Bond

      _____    (Other):

Issued in Sacramento, California on March 14, 2013.

Dated: March 14, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE